1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Sana Mujahid, individually and on behalf of a class of all persons entitled similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>Divvymed, LLC d/b/a Divvydose,<br><br>             Defendant. | Case No.  CV-19-05454-PHX-NVW<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF JAY GERACI RE: NOTICE PROCEDURES** |

1

I, Jay Geraci, declare and state as follows:

1.      I am a Director with KCC Class Action Services, LLC ("KCC"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.   KCC was appointed as the Settlement Administrator in in this matter and is not party to this action. I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2.      This declaration supplements and updates the information provided in my prior declaration filed on August 10, 2020.

## SETTLEMENT WEBSITE

3.      On or about June 18, 2020 KCC established a website www.mujahidvdivvymedtcpasettlement.com   dedicated to this matter to provide information to the Class Members and to answer frequently asked questions.  As of date of this declaration, the website has received 18,786 visits.

## TELEPHONE HOTLINE

4.      KCC established and continues to maintain a toll-free telephone number 1-844-799-2426 for potential Class Members to call and obtain information about the Settlement, request a Notice Packet, and/or seek assistance from a live operator during regular business hours. The telephone hotline became operational on June 18, 2020 and is accessible 24 hours a day, 7 days a week.  As of date of this declaration, KCC has received a total of 101 calls to the telephone hotline.

## CLAIM FORMS

5.      The postmark deadline for Class Members to file claims in this matter was August 19, 2020.   To date, KCC has received 452 timely-filed claim forms.  As of the date of this declaration, 109 claims are considered Valid representing 858 calls, 32 claims are considered duplicate, and 311 claims are denied as the affected number provided on these claim forms was

2

not found on the Class List. KCC expects additional timely-filed claim forms to arrive over the next six or seven days. It is possible the total number of claims could change slightly depending upon the number of claims received during that timeframe.

6.      A Valid claim in this matter consists of all of the following: (a) a claim that was submitted timely; (b) was filled out completely and accurately; (c) the claimant is a Settlement Class Member; (d) was not duplicative; and (e) the phone number provided on the Claim Form matched back to the Class List.  For those claims that were submitted with a phone number that was not found on the Class List, KCC determines whether the individual who submitted the claim is on the Class List by checking all phone numbers provided, names, address, and email address. If no information matches to the Class List, the claim is denied.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

7.      The postmark deadline for Class Members to request exclusion from the Class was August 19, 2020.  As of the date of this declaration, KCC has received no requests for exclusion.

## OBJECTIONS TO THE SETTLEMENT

8.      The postmark deadline for Class Members to object to the settlement was August 19, 2020.  As of the date of this declaration, KCC has received no objections to the settlement.

## PRELIMINARY SETTLEMENT AWARD CALCULATIONS

9.      KCC has preliminarily calculated the Class Member settlement awards. These calculations are based on the assumptions that the gross settlement amount is $750,000, and from that amount, deductions are made for: (a) attorneys' fees ($250,000); (b) attorneys' costs ($12,374.80); (c) named plaintiff award ($5,000); and (d) administration costs ($62,621.40). The remaining amount ($420,003.80) will be allocated pursuant to the terms of the settlement to those Class Members preliminary approved for payment. Each Class Member who submits an approved claim shall be entitled to receive an amount equal to the Settlement Class Recovery divided by

3

the total number of approved calls. The 109 Valid claims representing 858 calls provides an estimated $489.51 per call for Class Members. The 109 Valid claims would have a projected recovery of $489.51 to $14,195.79. Should the Court-awarded fees or costs differ from those shown above, or if the list of Class Members approved for payment changes, the estimated award allocation calculations will change accordingly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2020 at San Rafael, California.

_____
JAY GERACI

SUPPLEMENTAL DECLARATION OF JAY GERACI RE: NOTICE PROCEDURES